165 So. 911

**FEDERAL LAND BANK OF NEW OR-
LEANS et al. v. E. T. GRAY.**

8 Div. 693.

Supreme Court of Alabama.

Jan. 23, 1936.

PER CURIAM.

Appeal dismissed by appellant without prejudice.

165 So. 911

**FEDERAL LAND BANK OF NEW OR-
LEANS v. H. F. MITCHELL.**

7 Div. 377.

Supreme Court of Alabama.

Feb. 13, 1936.

J. A. Lusk & Son, of Guntersville, for appellant.

C. A. Wolfes, of Fort Payne, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

164 So. 909

**Henry C. FENN v. STATE.**

6 Div. 724.

Supreme Court of Alabama.

Nov. 29, 1935.

PER CURIAM.

Appeal dismissed.

164 So. 910

**Ann FERGUSON v. HALL MOTOR EX-
PRESS CO. et al.**

6 Div. 815.

Supreme Court of Alabama.

Dec. 5, 1935.

John W. Altman and Frank L. Parsons, both of Birmingham, for appellant.

London, Yancey, Smith & Windham, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

164 So. 910

**FIDELITY & DEPOSIT CO. OF MARY-
LAND v. D. C. FOLEY et al.**

4 Div. 834.

Supreme Court of Alabama.

Nov. 7, 1935.

PER CURIAM.

Appeal dismissed by appellant.

163 So. 903

**GADSDEN TRANSFER & STORAGE CO. v.
Fletcher MARTIN, pro ami.**

7 Div. 342.

Supreme Court of Alabama.

Oct. 10, 1935.

PER CURIAM.

Appeal dismissed by appellant.